UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COZY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOREL JUVENILE GROUP, INC., <br><br> Defendant. | C.A. No. 21-cv-10134-JGD |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF COZY, INC.

Pursuant to Local Rule 83.5.2(c)(2) and Massachusetts Rule of Professional Conduct 1.16(b), Sunstein LLP ("Sunstein") moves for leave to withdraw as counsel for Plaintiff, Cozy, Inc. ("Cozy"). Sunstein has previously notified Cozy of its intention to move to withdraw and is serving a copy of this motion on Cozy as required by Local Rule 83.5.2(d). In support of its motion to withdraw, Sunstein shows the Court as follows.

**Legal Standard**

A motion to withdraw in a civil case "is a matter addressed to the discretion of the trial court." *Lieberman v. Polytop Corp.*, 2 Fed. App'x 37, 39-40 (1st Cir. 2001). Counsel must obtain the Court's leave to withdraw their appearances based upon good cause shown. L.R. 83.5.2(c). Rule 1.16(b) the Massachusetts Rules of Professional Conduct provides in relevant part that a lawyer may withdraw from representation if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled" or "the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client." Consistent with Rule 1.16(b), courts in this district have permitted withdrawal where the

client has failed to pay the attorney's fees as agreed.  *E.g. Hammond v. T.J. Litle & Co.*, 809 F. Supp. 156, 162 (D. Mass. 1992) (granting withdrawal where client disregarded his fee obligations); *Metro. Prop. & Cas. Ins. Co. v. Savin Hill Fam. Chiropractic, Inc.*, 2018 WL 4870903, at *1 (D. Mass. 2018), *report and recommendation adopted sub nom.*, *Metro. Prop. & Cas. Ins. Co. v. Hill*, 2018 WL 4924604 (D. Mass. 2018) ("A client's failure to pay attorney's fees may support the withdrawal of counsel"); *Phantom Ventures LLC v. Depriest*, 2017 WL 1147448, at *1 (D. Mass. 2017) (allowing withdrawal for failure to pay attorneys' fees considering "(1) the amount of work performed and paid for in comparison with the work remaining, (2) fees paid to date, and (3) the likely effect on the client").

## Cozy's Failure to Meet Obligations to Sunstein

Withdrawal is permitted here because Cozy is not meeting its obligations to Sunstein pursuant to its engagement agreement to pay Sunstein's fees and incurred expenses, which expressly provides Sunstein with the right to withdraw for non-payment of fees.  *See* MASS. R. PROF. CONDUCT 1.16(b)(5) (permitting withdrawal where client "fails substantially to fulfill an obligation") & (b)(6) ("unreasonable financial burden on the lawyer").  Specifically, Cozy lost access to the funding source that had been paying a portion of Sunstein fees and all incurred expenses.  Despite being thereafter obligated to pay Sunstein's fees, Cozy has not done so.  Cozy owes Sunstein a significant amount for services previously rendered.  Sunstein can provide the Court additional details *in camera*.  *See* Mass. Bar Ass'n, Ethics Op. 96-3 (March 1996) (lawyer moving to withdraw on grounds of nonpayment of fee authorized to provide "minimal amount of confidential information to achieve his objective").

Sunstein is also aware of the matters reported to the Court during the October 13, 2023 hearing and in subsequent filings, which has caused a breakdown in the attorney-client relationship between Cozy and both King & Spalding LLP and Sunstein. *See, e.g.*, ECF No. 412.

Accordingly, Sunstein respectfully requests that this Court enter an Order granting this Motion to Withdraw of the firm and its attorneys who have appeared in this action—Sharona Sternberg and Kevin Mosier.

Dated:  November 17, 2023

Respectfully Submitted,

*/s/ Kevin R. Mosier*
Sharona H. Sternberg (BBO #682384)
Kevin R. Mosier (BBO #703739)
SUNSTEIN LLP
100 High Street
Boston, MA 02110
(617) 443-9292
ssternberg@sunsteinlaw.com
kmosier@sunsteinlaw.com

*Attorneys for Plaintiff, Cozy, Inc*.

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, a true and correct copy of the foregoing was served upon all counsel of record via electronic mail and on Cozy via email to Cozy's representative, Dr. Rajasingham.

>                                        */s/ Kevin R. Mosier*
>                                        Kevin R. Mosier