# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COZY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 21-CV-10134 |
| | ) | |
| | ) | |
| DOREL JUVENILE GROUP, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT DOREL JUVENILE GROUP, INC.'S L.R. 16.6 PATENT DISCLOSURES**

Defendant Dorel Juvenile Group, Inc. ("Dorel"), hereby provides the following

disclosures pursuant to D. Mass. L.R. 16.6(d)(4). Such disclosures are made upon information

available to Dorel as of the date of this submission, and based on Dorel's investigations to date.

Dorel hereby reserves its right to amend these disclosures as additional information becomes

available throughout the case.

### I. General

For purposes of its Rule 16.6 disclosures—including the Non-infringement and Invalidity

claim charts attached ad Exhibits 1-41—Dorel is relying on the patent claims, the specifications

and prosecution histories of the Asserted Patents, multiple prior art references, the references Cozy

incorporated or attempted to incorporate into the Asserted Patents, and/or the priority applications

contended by Cozy to constitute the priority chains of the Asserted Patents. In relying on the

references Cozy incorporated or attempted to incorporate into the Asserted Patents or the priority

applications contended by Cozy, Dorel does not make any admissions as to the Dorel's position

1

**Exhibit D at 001**

on whether the references were actually incorporated or whether the Cozy's contentions with regard to the priority chain are valid.

The Court has not yet construed the claims of the Asserted Patents. Dorel reserves the right to supplement these disclosures to, among other things, identify other art, when the Court does so. Dorel's contentions and claim charts are based on its present understanding of the Asserted Patents and/or positions Cozy has taken as to priority and claim scope. To the extent that Dorel's contentions or constructions are consistent with positions expressly or implicitly made in connection with Cozy's Infringement Contentions, no inference is intended or should be drawn that Dorel agrees with such contentions or constructions.

In part because of the preliminary nature of these disclosures and the uncertainty of claim construction, Dorel's contentions are not necessarily intended to be consistent with one another, and should be viewed accordingly.

## II.    Technical Documents

Dorel is concurrently producing documents responsive to this section.

## III.    Samples

Dorel has sent representative samples of the Accused Products to Cozy in response to this section.

## IV.    Source Codes

This section is not applicable in this case.

## V.    Non-infringement Claim Charts

Dorel does not infringe any asserted claim of U.S. Patent Nos. 7,156,416 B2, 8,136,835, 9,669,739 B1, or 9,902,298 B1.

Claim charts detailing the lack of infringement by Dorel as to each Asserted Patent are attached as Exhibits 1-16.

Dorel's claim charts are exemplary only, in that Dorel's investigation with regard to the scope of use of the Air Protect System is ongoing. Given the passage of time, Dorel's investigation has been made difficult. Generally, the Air Protect System includes a piece of foam enclosed in a chamber with at least one vent or perforation. However, the Air Protect System has taken different forms over time. For example, the Air Protect System comes in a variety of shapes, may comprise one or two holes, and several may be utilized in tandem. Foam is contained within each chamber, but the foam varies in density. The variety of products and shapes and sizes renders it impossible for Dorel to provide a non-infringement chart for each product model sold by Dorel since 2015 using the Air Protect System.

Further, as set forth below, Dorel believes that each of the Asserted Claims is invalid in view of at least Sections 102, 103, and 112 of the Patent Statute.

**VI.    Invalidity Claim Charts**

Each of the asserted patent claims, to the extent understood, is invalid pursuant to 35 U.S.C. § 102 and/or § 103. Claims charts detailing the invalidity of each claim asserted by Cozy are attached as Exhibits 17-23. As set forth below, Dorel believes that each of the Asserted Claims is indefinite as a matter of law in view of the fact that the priority chain and priority documents and support are unknowable based on a review of the public record, and, as a result, the scope of prior art likewise unknowable. Therefore, in putting forth Exhibits 17-23, Dorel has relied solely on the priority date asserted by Cozy. As a result, Dorel reserves its right to submit additional charts based on its evolving understanding of the prosecution of the Asserted Patents and the priority chain to which they are entitled.

**Exhibit D at 003**

In addition, Dorel hereby asserts its Air Protect System (developed between 2007 and 2009) as prior art to the '298 and '739 Asserted Patents. As set forth below, the Asserted Claims of the '298 and '739 Asserted Patents are not supported by an adequate written description and are not enabled as related to an embodiment of a child seat. Alternatively, and at best, they would be enabled as of the filing of Application No. 14/600,932, on January 20, 2015, at which time additional, albeit very limited support, was added for a child seat. That which infringes, if later, anticipates, if earlier. The child seats including the Air Protect System do not infringe the Asserted Claims, but Cozy cannot assert the '298 and '739 Asserted Patents against the Air Protect System to begin with because Air Protect precedes any support in the Asserted Patents that cover child seats.

It should likewise be noted that the applications that led to the '298 and '739 Asserted Patents improperly claim priority to Appl. 13/507,149, the application that led to U.S. Patent No. 9,150,127 (the '127 patent). Without that patent in the priority chain of the '298 and '739 Asserted Patents, it is likely that no further patent applications could or would have been filed. The application that led to the '127 patent, however, is not, as was represented, an application of which the '298 and '739 Asserted Patents were continuations in part or to which they were entitled to claim priority. One result of this is that at least each of the prior applications and patents listed on the face of the Asserted Patents may be rendered prior art to the '298 and '739 Asserted Patents.

## VII.    Other Grounds for Invalidity: Invalidity Pursuant to 35 U.S.C. § 112

Dorel hereby incorporates by reference its briefing in connection with its Motion to Dismiss and Motion for a More Definite Statement, Dkts. 17, 18, and 30 as if set forth fully herein.

### a.    Indefiniteness of the Asserted Patent claims

4

Each of the Asserted Claims of the Asserted Patents is indefinite because the claims, "viewed in light of the specification and prosecution history," do not inform those of skill in the art of the scope of the invention with any reasonable certainty. *See Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 911 (2014). For example, the "words of a claim are generally given their ordinary and customary meaning" in light of the claims, the specification, and the prosecution history. *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (Fed. Cir. 2005). "There are only two exceptions to this general rule: (1) when a patentee sets out a definition and acts as his own lexicographer, or (2) when the patentee disavows the full scope of a claim term either in the specification or during prosecution." *Thorner v. Sony Computer Entertainment Am. LLC*, 669 F.3d 1362, 1365 (Fed. Cir. 2012). Here, because of the inconsistent and convoluted representations the patentee made to the PTO regarding priority claims for and patents related to the Asserted Patents, as well as the positions Cozy has taken in this litigation, Dorel cannot determine whether either of these two exceptions apply.

In addition, the '416 Asserted Patent provides cross references to several applications in its specification (*see* col. 1, ll. 7-14), including an application filed on September 24, 1997. In subsequent certificates of correction, the inventor, Dr. Arjuna Indraeswaran Rajasingham, identified dozens of references that purportedly belong to the priority chain of the '416 Asserted Patent, including U.S. patents, provisional and utility applications, as well as European Patents and applications. Those of skill in the art cannot read the specification and the prosecution history of the '416 Asserted Patent alone to determine the scope of the claims; instead, it would be necessary to review the entirety of Dr. Rajasingham's patents, applications, and prosecution histories because all are maintained to be within the priority chain and/or related to the '416 Asserted Patent in some form or another. Even then, given the inconsistencies in Dr.

Rajasingham's representations to the PTO, no amount of study of the foregoing would lead to a determination as to scope. For example, the prosecution history is internally inconsistent, with both 1997 and 1999 being priority dates variously relied upon by the patent applicant/patentee. In brief, the universe that must be reviewed to determine the scope of the claims is unknowable. In turn, the scope of the Asserted Claims unknowable and indefinite.

In addition, as ordered by the Court, Cozy has identified now that it is asserting priority back to a single application, Ser. No. 09/435,830 (which led to U.S. Patent No. 6,609,749), filed in 1999, *not* 1997(the '749 Parent Patent). *See* Cozy Inc.'s Objections and Response to Dorel Juvenile Group, Inc.'s First Set of Interrogatories (Nos. 1-3), dated July 12, 2021 ("Cozy's Responses Regarding Priority and Support for Claims"). Cozy has also identified what it believes constitutes support for the Asserted Claims, with sole reliance on the '749 patent. Cozy's disclosure of the application that led to the '749 Parent Patent as the sole priority document supporting its claims, however, runs completely contrary to the prosecution history, during which Dr. Rajasingham, as applicant and patentee, cited dozens upon dozens of applications for support of the inventions in no particular order, such that the publicly asserted, non-litigation induced scope is and was unknowable. The same is true for each of the Asserted Patents. With regard to the '835 Asserted Patent, it lists 11 non-provisional U.S. applications *alone* (col. 1, at ll. 10-21) to which it expressly claims priority. It expressly claims priority to the 1997 application (U.S. Ser. 08/936,626) that Cozy now disavows. Another dozen or so U.S. provisional and European applications are also listed, in no particular order. Similarly, the patentee filed a certificate of correction purporting to alter the priority chain. Despite the foregoing, Cozy's Responses Regarding Priority and Support for Claims lists only three applications to which it now claims priority and lists the priority date as 1999. Here, that contention is also expressly contrary to a

certificate of correction filed by the patentee. For these reasons, the claims are indefinite. One of ordinary skill the art cannot view the claims in light of the specification of which they are part and determine their scope, nor determine the scope of prior art, given that Cozy now asserts a date different from that provided on the face of the patent. Given the intricacies of the priority chain, one also has no way of determining whether the priority chain has remained unbroken such that earlier applications filed by Dr. Rajasingham cannot be used as prior art against later applications.

With regard to the '298 Asserted Patent, it contains a full two columns of "Related U.S. Application Data" (again with filings listed in no particular order) as well as an incorporation by reference that stretches over three columns (*see* cols. 1-4). The recitation appears to be a recitation of priority information, but does not expressly state as much. The '298 Asserted Patent also lists the 1997 application in its incorporation by reference. *See* Col. 3 at ll. 43-45. To understand the scope of the claims, one of ordinary skill in the art would therefore need to review each of these dozens – or even hundreds – of references, recited in no particular order, and attempt to entangle their relationship to each other. As a result, the scope of the Asserted Claims is unknowable, the scope of the prior art is unknowable, and therefore the claims are indefinite. Cozy now asserts that only five applications are priority applications for the '298 Asserted Patent, and only relies on a single application for support of the subject matter of the asserted patent claims. That cannot cure the fact that the public record is not so limited. Given the intricacies of the priority chain, even more so than in Cozy's earlier patents, one has no way of determining whether the priority chain has remained unbroken such that earlier applications filed by Dr. Rajasingham cannot be used as prior art against later applications. For example, Cozy asserts priority of the '298 Asserted Patent to Application No. 13/507,149 (which became U.S. Patent No. 9,150,127), saying that the

application is a continuation in part of the application that led to the '127 Patent, even though the two applications are entirely different.

Lastly, the Asserted Claims of the '739 Asserted Patent are likewise indefinite. The '739 Asserted Patent contains two columns of "Related U.S. Application Data" recited in no particular order, which appear to contain priority information, but do not say so. At column 1, the patent incorporates dozens of additional patent applications by reference. One of ordinary skill in the art could not possibly understand the scope of the claims, or the scope of the prior art, against the backdrop of these dozens of patents and applications. Cozy now asserts that only six applications are priority applications for the '739 Asserted Patent, and only relies on a single application for support of the subject matter of the patent claims. That cannot cure the fact that the public record is not so limited. Given the intricacies of the priority chain, even more so than in Cozy's earlier patents, one has no way of determining whether the priority chain has remained unbroken such that earlier applications filed by Dr. Rajasingham cannot be used as prior art against later applications. For example, Cozy asserts priority of the '739 Asserted Patent to Application No. 13/507,149 (which became U.S. Patent No. 9,150,127), saying that the application is a continuation in part of the application that led to the '127 Patent, even though the two applications are entirely different.

The public notice function has been so severely undermined that all of the asserted patent claims are indefinite in their entirety. In addition to the foregoing, certain claim terms are indefinite even within the limited context that Cozy has put forth, as will be identified throughout the claim construction process.

### b.  Written Description and Enablement

#### i.  The '416 Asserted Patent

8

The '416 Asserted Patent claims do not contain an adequate written description and are not enabled insofar as they would be construed to cover an air cushion system for a child seat as an "impacted structure." The plain and ordinary meaning of "impacted structure" is broad and Cozy is construing the term to include a child seat. Its disclosure, however, does not describe a child seat anywhere as an "impacted structure." The '416 Asserted Patent discloses a vehicle as the "impacted structure" throughout. *See, e.g.*, col. 1 at 30-39, col. 2 at 15-27, col. 5 at 57-66, col. 6 at 9-14, 41 to 48, 54-61, col. 16 at 24 to col. 17 at 41, col. 19, at 26 to col. 20 at 21, col. 20 at 35 to col. 21 at 10. Figures 17A and 17B ("passive air cushion system") and 142-147. The impacted structure is a vehicle, which includes air cushions that, upon impact, divert air through elongated fluid paths to protect the passengers in various anatomical regions, including in the abdominal and head and neck regions. There is no disclosure of a child seat, or a child, even within the impacted structure. The only disclosure is Figure D1, which is a picture of an adult in a seat with front protection that includes a reference to 123 "child seat attachment." Figure 12D1 is described as "an embodiment of the child seat," but the specification clarifies that a child seat (123) as in Figure 12D1 "may be designed to protect children" and "can be inserted into the seat (109)." Col. 13, at 32-36.  Thus, it expressly does not exist in the specification. In addition to lacking any description of a child seat, there is no disclosure to enable one of ordinary skill in the art to make a child seat as an impacted structure without undue experimentation.

### ii.    The '835 Assert Patent

The '835 Asserted Patent claims do not contain an adequate written description and are not enabled insofar as they would be construed to cover an airbag protecting a child under impact conditions. The plain and ordinary meaning of "occupant" is broad and by asserting its claims against Dorel's car seats, Cozy is construing the term to include a child in a child seat in a vehicle

under "impact conditions." Its disclosure, however, does not describe an occupant as a child in a car seat under impact conditions. Rather, the '835 patent discloses a vehicle as the "impacted structure" throughout, with the only occupants being in specially designed seats for adults during impact conditions. *See, e.g.*, col. 1 at 30-39, col. 2 at 18-29, col. 5 at 48-57, col. 5 at 66 to col. 6 at 4, col. 6 at 29-36, 42-49, col. 30 at 28 to col. 31 at 42, col. 34, at 57 to col. 35 at 54, col. 44 at 4-45. Figures 17A and 17B ("passive air cushion system") and 142-147. The impacted structure is a vehicle, which includes air cushions that, upon impact, divert air through elongated fluid paths to protect the passengers in various anatomical regions, including in the abdominal and head and neck regions. There is no disclosure of a child occupant, or a child seat within the impacted structure. The only disclosure is Figure D1, which is a picture of an adult in a seat with front protection that includes a reference to 123 "child seat attachment." Figure 12D1 is described as "an embodiment of the child seat," but the specification clarifies that a child seat (123) as in Figure 12D1 "may be designed to protect children" and "can be inserted into the seat (109)." Col. 14, at 65-67. Thus, it expressly does not exist in the specification. There is no written description of protection of an occupant that is a child in a child seat under impact conditions, or anything from which one of ordinary skill in the art would be able to use an airbag to protect a child without undue experimentation. In addition, there is no disclosure of what would constitute "porous filling materials," which are mentioned only briefly at col. 36, at 1-4. Thus, there is no adequate written description to support this claim limitation, nor is it enabled.

### iii.  The '298 Asserted Patent

The '298 Asserted Patent claims do not contain an adequate written description and are not enabled with respect to a "child seat." Prior to the filing of the application that led to the '298 Asserted Patent, the only disclosure even mentioning a child seat was Figure D1, which is a picture

10

of an adult in a seat with front protection that includes a reference to 123 "child seat attachment." Figure 12D1 is described as "an embodiment of the child seat," but the specification clarifies that the child seat (123) as in Figure 12D1 "may be designed to protect children" and "can be inserted into the seat (109)." Col. 16, at 10-14. This reference clarifies that there is no existing child seat: one must be designed. In addition to lacking any description of a child seat, there is no disclosure to enable one of ordinary skill in the art to make a child seat without undue experimentation. With the filing of the ''298 Asserted Patent (and after meeting with Dorel and accusing Dorel of patent infringement of the '416 and '835 Asserted Patents), it appears that Dr. Rajasingham added additional disclosure to state that his prior drawings of adults in car seats and harness arrangements could be scaled to accommodate children. *See, e.g.*, col. 11, at 13-18 ("Figure D1 illustrates an embodiment of the child seat with scaled harness of 12A1 in an embodiment of the adult seat. Figure 12D2 illustrates an embodiment of the child seat with corresponding scaled harness of 15A-C and 16A-C in the embodiment of the adult seat. FIG 12D3 illustrates an embodiment of the child seat with conventional supports for the headrest."). Thus, to support the new claims Dr. Rajasingham drafted, in 2015 he simply added language to state that all of his old embodiments, which depict adults in a car, would be "scaled" to fit children. Simply telling one of ordinary skill in the art to apply the same technology for adults to children is an insufficient written description and insufficient to enable claims directed to a child seat with an air bag.

In addition, at least the terms "foam pad," "vents," "compression characteristics," "controlled rate," "perforations," "flexible membrane," and "porous filling materials" lack sufficient written description and fail the enable requirement. The terms "foam pad," "perforations," "controlled rate," and "flexible membrane," do not exist except in the patent claims. The terms "porous filling materials" and "suitable vents to change the compression

Exhibit D at 011

characteristics" are mentioned only once in the specification in conjunction with an "inside air bag." *See* col. 22, at 16-19. Briefly, after meeting with Dorel, Dr. Rajasingham filed the applications that led to the '298 and '739 Asserted Patents using terms never before introduced in the specification Cozy now relies on as its priority document to cover inventions Dr. Rajasingham never made. One of ordinary skill in the art would not be able to make the invention using foam pads, vents, perforations, flexible membranes, and porous filling materials, especially as related to a child seat, ensuring that vents exhaust at a controlled rate without undue experimentation.

### iv.   The '739 Asserted Patent

The '739 Asserted Patent claims do not contain an adequate written description and are not enabled with respect to a "child seat." Prior to the filing of the application that led to the '739 Asserted Patent, the only disclosure was Figure D1, which is a picture of an adult in a seat with front protection that includes a reference to 123 "child seat attachment." Figure 12D1 is described as "an embodiment of the child seat," but the specification clarifies that a child seat (123) as in Figure 12D1 "may be designed to protect children" and "can be inserted into the seat (109)." Col. 13, at 28-36.  Thus, it is confirmed that the child seat does not exist. In addition to lacking any description of a child seat, there is no disclosure to enable one of ordinary skill in the art to make a child seat without undue experimentation. With the filing of the '739 Asserted Patent (and after meeting with Dorel and accusing Dorel of patent infringement of the '416 and '835 Asserted Patents), it appears that Dr. Rajasingham added additional disclosure to state that his drawings could be scaled to accommodate children. *See, e.g.*, col. 8, at 13-19 ("Figure D1 illustrates an embodiment of the child seat with scaled harness of 12A1 in an embodiment of the adult seat. Figure 12D2 illustrates an embodiment of the child seat with corresponding scaled harness of 15A-C and 16A-C in the embodiment of the adult seat. FIG 12D3 illustrates an embodiment of the child

seat with conventional supports for the headrest."). Thus, to support the new claims Dr. Rajasingham drafted, he simply added language to state that all of his old embodiments, which depict adults in a car, would be "scaled" to fit children. Simply telling one of ordinary skill in the art to apply the same technology for adults to children is insufficient.

In addition, several claim terms and limitations are not described in the specification and not enabled. At least "porous filling materials," "controlled rate," "compression characteristics" and the limitations "cushioning a passenger ahead of impact," "vents enabling adjustment of compression characteristics during impact of said airbag" are either lacking entirely in the specification or are only briefly noted in passing at col. 19, at 15-18. "Controlled rate" and "cushioning a passenger ahead of impact" exist only in the patent claims.

Briefly, after meeting with Dorel, Dr. Rajasingham filed the applications that led to the '298 and '739 Asserted Patents using terms never before introduced in the specification Cozy now relies on as its priority document to cover inventions Dr. Rajasingham never made. One of ordinary skill in the art would not be able to make the invention using vents enabling adjustment of compression characteristics during impact of said airbag, porous filling materials, evacuation of air at a controlled rate, to protect a passenger ahead of impact, especially as related to a child seat, ensuring that vents exhaust at a controlled rate without undue experimentation.

## VIII.    Supporting Evidence for Invalidity Defense

In accordance with the foregoing and in response to this section, Dorel is attaching prior art references as Exhibits 24-32, the Asserted Patents and their prosecution histories as Exhibits 33-40, and the patents that are incorporated by reference into any of the Asserted Patents as Exhibit 41.

**IX.    Identity of Real Parties in Interest**

Dorel is unaware of any real parties in interest.


August 31, 2021                                    Respectfully submitted,

                                                   */s/ E. Sahara Williams*
                                                   Deborah Pollack-Milgate, No. 22475-49
                                                   E. Sahara L. Williams, No. 36282-49
                                                   BARNES & THORNBURG LLP
                                                   11 South Meridian Street
                                                   Indianapolis, Indiana  46204-3535
                                                   Telephone:  (317) 236-1313
                                                   Email: dpollackmilgate@btlaw.com
                                                   Email: sahara.williams@btlaw.com

                                                   Mark Nahnsen, No. 6271361
                                                   BARNES & THORNBURG LLP
                                                   One North Wacker Drive, Suite 4400
                                                   Chicago, IL  60606-2833
                                                   Telephone:  (312) 214-4810
                                                   Email: mnahnsen@btlaw.com

                                                   Heather B. Repicky (BBO# 663347)
                                                   BARNES & THORNBURG LLP
                                                   One Marina Park Drive, Ste. 1410
                                                   Boston, MA 02210
                                                   Telephone:  (617) 316-5310
                                                   Email: heather.repicky@btlaw.com

                                                   *Counsel for Dorel Juvenile Group*

14

CERTIFICATE OF SERVICE

1.        I hereby certify that a true copy of the above document, will be sent electronically to the counsel of record listed below on August 31, 2021.

*/s/ E. Sahara Williams*
E. Sahara Williams

Joel Leeman (BBO #292070)
Lena Cavallo (BBO #697311)
SUNSTEIN LLP
100 High Street
Boston, MA 02110
(617) 443-9292
jleeman@sunsteinlaw.com
lcavallo@sunsteinlaw.com

Brent P. Ray (pro hac vice)
KING & SPALDING LLP
110 N Wacker, Suite 3800
Chicago, IL 60606
(312) 764-6925
bray@kslaw.com

Dara M. Kurlancheek (pro hac vice)
KING & SPALDING LLP
1700 Pennsylvania Ave, NW, Suite 200
Washington, D.C. 20006-4707
(202) 626-5590
dkurlancheek@kslaw.com

Angela Tarasi (pro hac vice)
Matthew Carey (pro hac vice)
KING & SPALDING LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
(720) 626-2300
atarasi@kslaw.com
mcarey@kslaw.com

Kenneth R. Adamo (pro hac vice)
LAW OFFICE OF KRADAMO
360 W. Illinois
Chicago, IL 60654
(312) 527-0620
kenneth@kradamo.com

15

**Exhibit D at 015**

# EXHIBIT 1

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** **– Noninfringement Claim Chart – U.S. Pat. No. 7,156,416**

| Claim 1 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 1. An Air Cushion System for protecting at least one protected entity, from impact from an impacting object comprising: | The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact to a vehicle.<br> |
| a) an impacted structure comprising said protected entity; | The Accused Product is not an impacted structure as described by the Asserted Patent. |
| b) at least one sacrificial chamber located in a predetermined position within said impacted structure, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent, located in a predetermined position within an impacted structure. |
| such that said impact from impacting object, will compress said sacrificial chamber, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent. The impact from an impacting object as described in the Asserted Patent does not compress the Air Protect System. |
| said sacrificial chamber being filled with a compressible fluid at the time of said impact; | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The Air Protect System does not get filled with a compressible fluid. The Air Protect System inherently has air from the atmosphere in it. |
| c) at least one elongate fluid path, each with first and second spaced apart end, and each comprising flow control mechanisms, that is connected to said sacrificial chamber at | The Air Protect System does not have an elongate fluid path with spaced apart ends or flow control mechanisms. The Air Protect System does not have an elongate path connected to a sacrificial chamber and filled with compressible fluid. |

| Claim 1 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| its first end, and filled with said compressible fluid, | |
| such that under impact to the sacrificial chamber, said fluid paths conduct a predetermined controlled volume of said compressible fluid out of said sacrificial chamber to predetermined locations away from said sacrificial chamber; | There are no fluid paths that conduct a predetermined controlled volume of compressible fluid from a sacrificial chamber to predetermined locations away from the sacrificial chamber. |
| d) one or more micro-air cushions placed in predetermined locations and supported by said impacted structure, | The Air Protect System does not include micro-air cushions as described by the Asserted Patent. The Air Protect System is placed in a predetermined location within the Accused Product.<br><br>The Air Protect System is not supported by the impacted structure. |
| said micro-air cushions being connected to said at least one fluid path at its second end, | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The pads of the Air Protect System are not connected to a fluid path at a second end. |
| thereby receiving predetermined controlled volumes of said compressible fluid from said fluid paths at and immediately following said impact; | The pads of the Air Protect System do not receive predetermined controlled volumes of compressible fluid from fluid paths at and immediately following an impact. |
| thereby said sacrificial chamber inflating said micro-air cushions in predetermined directions unrelated to the direction of compression of said sacrificial chamber by transferring fluid from the first end of said at least one fluid path, to the second end of said at least one fluid path and protecting said protected entity. | The chamber of the Air Protect System is not a sacrificial chamber and do not inflate the Air Protect pads in a predetermined direction unrelated to the direction of compression of a sacrificial chamber. The Air Protect System does not transfer fluid from a first end to a second end of a fluid path. |

2

**Exhibit D at 018**

| Claim 2 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 2. An Air-cushion System as in claim 1, wherein said sacrificial chamber retains some of the compressible fluid during and after impact to provide secondary protection to said impacted structure. | Air Protect does not have a sacrificial chamber as described in the Asserted Patent. The chamber of the Air Protect system may or may not have remaining fluid during and after impact and does not retain fluid to protect an impacted structure. |

| Claim 3 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 3. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they hold and cushion the protected entity. | The Air Protect System does not include micro-air-cushions described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 4 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 4. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they provide support to said protected entity, in the event of a predetermined small displacement of said protected entity relative to said impacted structure. | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 6 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 6. An Air-cushion System as in claim 1, wherein said protected entity is a anatomical element of a passenger in a vehicle, and wherein said micro-aircushions are anatomical micro-aircushions designed to inflate on impact to predetermined sizes, shapes and pressure appropriate to protect | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The pads of the Air Protect System do not inflate on impact to predetermined sizes, shapes and pressures. |

3

**Exhibit D at 019**

| Claim 6 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| said anatomical element of said passenger in said vehicle. | |

| Claim 8 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 8. An Air-cushion System as in claim 1, wherein the protected entity is the head and neck of a passenger, the impacted object is a vehicle, and the impacting object impacts the vehicle from the rear of said vehicle, and wherein said sacrificial chamber is mounted in a position that will compress on impact by the impacting object, thereby said air-cushion system protecting said passenger from whip-lash injury. | Air Protect System does not have a sacrificial chamber as described in the patent and is not mounted in a position that will compress on impact by the impacting object from the rear of the vehicle. |

| Claim 10 of the '416 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| 10. An air cushion system as in claim 1, wherein at least one of said sacrificial chamber and micro air-cushions are vented to ensure that the micro aircushions support the protected entity for a predetermined time before deflating to provide protection to the protected entity immediately after said impact. | The Air Protect System does not have a sacrificial chamber or micro air-cushions as described in the Asserted Patent and is not vented to ensure "support [of] the protected entity for a predetermined time before deflating." |

**Exhibit D at 020**

# EXHIBIT 2

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** **– Noninfringement Claim Chart – U.S. Pat. No. 7,156,416**

| Claim 1 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 1. An Air Cushion System for protecting at least one protected entity, from impact from an impacting object comprising: | The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact to a vehicle.<br><br> |
| a) an impacted structure comprising said protected entity; | The Accused Product is not an impacted structure as described by the Asserted Patent. |
| b) at least one sacrificial chamber located in a predetermined position within said impacted structure, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent, located in a predetermined position within an impacted structure. |
| such that said impact from impacting object, will compress said sacrificial chamber, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent. The impact from an impacting object as described in the Asserted Patent does not compress the Air Protect System. |
| said sacrificial chamber being filled with a compressible fluid at the time of said impact; | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The Air Protect System does not get filled with a compressible fluid. The Air Protect System inherently has air from the atmosphere in it. |
| c) at least one elongate fluid path, each with first and second spaced apart end, and each comprising flow control mechanisms, that is connected to said sacrificial chamber at | The Air Protect System does not have an elongate fluid path with spaced apart ends or flow control mechanisms. The Air Protect System does not have an elongate path connected to a sacrificial chamber and filled with compressible fluid. |

1

**Exhibit D at 022**

| Claim 1 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| its first end, and filled with said compressible fluid, | |
| such that under impact to the sacrificial chamber, said fluid paths conduct a predetermined controlled volume of said compressible fluid out of said sacrificial chamber to predetermined locations away from said sacrificial chamber; | There are no fluid paths that conduct a predetermined controlled volume of compressible fluid from a sacrificial chamber to predetermined locations away from the sacrificial chamber. |
| d) one or more micro-air cushions placed in predetermined locations and supported by said impacted structure, | The Air Protect System does not include micro-air cushions as described by the Asserted Patent. The Air Protect System is placed in a predetermined location within the Accused Product.<br><br>The Air Protect System is not supported by the impacted structure. |
| said micro-air cushions being connected to said at least one fluid path at its second end, | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The pads of the Air Protect System are not connected to a fluid path at a second end. |
| thereby receiving predetermined controlled volumes of said compressible fluid from said fluid paths at and immediately following said impact; | The pads of the Air Protect System do not receive predetermined controlled volumes of compressible fluid from fluid paths at and immediately following an impact. |
| thereby said sacrificial chamber inflating said micro-air cushions in predetermined directions unrelated to the direction of compression of said sacrificial chamber by transferring fluid from the first end of said at least one fluid path, to the second end of said at least one fluid path and protecting said protected entity. | The chamber of the Air Protect System is not a sacrificial chamber and does not inflate the Air Protect pads in a predetermined direction unrelated to the direction of compression of a sacrificial chamber. The Air Protect System does not transfer fluid from a first end to a second end of a fluid path. |

2

**Exhibit D at 023**

| Claim 2 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 2. An Air-cushion System as in claim 1, wherein said sacrificial chamber retains some of the compressible fluid during and after impact to provide secondary protection to said impacted structure. | Air Protect does not have a sacrificial chamber as described in the Asserted Patent. The chamber of the Air Protect system may or may not have remaining fluid during and after impact and does not retain fluid to protect an impacted structure. |

| Claim 3 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 3. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they hold and cushion the protected entity. | The Air Protect System does not include micro-air-cushions described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 4 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 4. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they provide support to said protected entity, in the event of a predetermined small displacement of said protected entity relative to said impacted structure. | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 6 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 6. An Air-cushion System as in claim 1, wherein said protected entity is a anatomical element of a passenger in a vehicle, and wherein said micro-aircushions are anatomical micro-aircushions designed to inflate on impact to predetermined sizes, shapes and pressure appropriate to protect | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The pads of the Air Protect System do not inflate on impact to predetermined sizes, shapes and pressures. |

| Claim 6 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| said anatomical element of said passenger in said vehicle. | |

| Claim 8 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 8. An Air-cushion System as in claim 1, wherein the protected entity is the head and neck of a passenger, the impacted object is a vehicle, and the impacting object impacts the vehicle from the rear of said vehicle, and wherein said sacrificial chamber is mounted in a position that will compress on impact by the impacting object, thereby said air-cushion system protecting said passenger from whip-lash injury. | Air Protect System does not have a sacrificial chamber as described in the patent and is not mounted in a position that will compress on impact by the impacting object from the rear of the vehicle. |

| Claim 10 of the '416 Asserted Patent | Accused Product: Rodifix |
|---|---|
| 10. An air cushion system as in claim 1, wherein at least one of said sacrificial chamber and micro air-cushions are vented to ensure that the micro aircushions support the protected entity for a predetermined time before deflating to provide protection to the protected entity immediately after said impact. | The Air Protect System does not have a sacrificial chamber or micro air-cushions as described in the Asserted Patent and is not vented to ensure "support [of] the protected entity for a predetermined time before deflating." |

4

**Exhibit D at 025**

# EXHIBIT 3

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** **– Noninfringement Claim Chart – U.S. Pat. No. 7,156,416**

| Claim 1 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 1. An Air Cushion System for protecting at least one protected entity, from impact from an impacting object comprising: | The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact to a vehicle.<br><br>  |
| a) an impacted structure comprising said protected entity; | The Accused Product is not an impacted structure as described by the Asserted Patent. |
| b) at least one sacrificial chamber located in a predetermined position within said impacted structure, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent, located in a predetermined position within an impacted structure. |
| such that said impact from impacting object, will compress said sacrificial chamber, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent. The impact from an impacting object as described in the Asserted Patent does not compress the Air Protect System. |
| said sacrificial chamber being filled with a compressible fluid at the time of said impact; | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The Air Protect System does not get filled with a compressible fluid. The Air Protect System inherently has air from the atmosphere in it. |
| c) at least one elongate fluid path, each with first and second spaced apart end, and each comprising flow control mechanisms, that is connected to said sacrificial chamber at | The Air Protect System does not have an elongate fluid path with spaced apart ends or flow control mechanisms. The Air Protect System does not have an elongate path connected to a sacrificial chamber and filled with compressible fluid. |

| Claim 1 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| its first end, and filled with said compressible fluid, | |
| such that under impact to the sacrificial chamber, said fluid paths conduct a predetermined controlled volume of said compressible fluid out of said sacrificial chamber to predetermined locations away from said sacrificial chamber; | There are no fluid paths that conduct a predetermined controlled volume of compressible fluid from a sacrificial chamber to predetermined locations away from the sacrificial chamber. |
| d) one or more micro-air cushions placed in predetermined locations and supported by said impacted structure, | The Air Protect System does not include micro-air cushions as described by the Asserted Patent. The Air Protect System is placed in a predetermined location within the Accused Product.

The Air Protect System is not supported by the impacted structure. |
| said micro-air cushions being connected to said at least one fluid path at its second end, | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The pads of the Air Protect System are not connected to a fluid path at a second end. |
| thereby receiving predetermined controlled volumes of said compressible fluid from said fluid paths at and immediately following said impact; | The pads of the Air Protect System do not receive predetermined controlled volumes of compressible fluid from fluid paths at and immediately following an impact. |
| thereby said sacrificial chamber inflating said micro-air cushions in predetermined directions unrelated to the direction of compression of said sacrificial chamber by transferring fluid from the first end of said at least one fluid path, to the second end of said at least one fluid path and protecting said protected entity. | The chamber of the Air Protect System is not a sacrificial chamber and do not inflate the Air Protect pads in a predetermined direction unrelated to the direction of compression of a sacrificial chamber. The Air Protect System does not transfer fluid from a first end to a second end of a fluid path. |

| Claim 2 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 2. An Air-cushion System as in claim 1, wherein said sacrificial chamber retains some of the compressible fluid during and after impact to provide secondary protection to said impacted structure. | Air Protect does not have a sacrificial chamber as described in the Asserted Patent. The chamber of the Air Protect system may or may not have remaining fluid during and after impact and does not retain fluid to protect an impacted structure. |

| Claim 3 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 3. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they hold and cushion the protected entity. | The Air Protect System does not include micro-air-cushions described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 4 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 4. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they provide support to said protected entity, in the event of a predetermined small displacement of said protected entity relative to said impacted structure. | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 6 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 6. An Air-cushion System as in claim 1, wherein said protected entity is a anatomical element of a passenger in a vehicle, and wherein said micro-aircushions are anatomical micro-aircushions designed to inflate on impact to predetermined sizes, shapes and pressure appropriate to protect | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The pads of the Air Protect System do not inflate on impact to predetermined sizes, shapes and pressures. |

3

**Exhibit D at 029**

| Claim 6 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| said anatomical element of said passenger in said vehicle. | |

| Claim 8 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 8. An Air-cushion System as in claim 1, wherein the protected entity is the head and neck of a passenger, the impacted object is a vehicle, and the impacting object impacts the vehicle from the rear of said vehicle, and wherein said sacrificial chamber is mounted in a position that will compress on impact by the impacting object, thereby said air-cushion system protecting said passenger from whip-lash injury. | Air Protect System does not have a sacrificial chamber as described in the patent and is not mounted in a position that will compress on impact by the impacting object from the rear of the vehicle. |

| Claim 10 of the '416 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| 10. An air cushion system as in claim 1, wherein at least one of said sacrificial chamber and micro air-cushions are vented to ensure that the micro aircushions support the protected entity for a predetermined time before deflating to provide protection to the protected entity immediately after said impact. | The Air Protect System does not have a sacrificial chamber or micro air-cushions as described in the Asserted Patent and is not vented to ensure "support [of] the protected entity for a predetermined time before deflating." |

4

**Exhibit D at 030**

# EXHIBIT 4

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** – Noninfringement Claim Chart – U.S. Pat. No. 7,156,416

| Claim 1 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 1. An Air Cushion System for protecting at least one protected entity, from impact from an impacting object comprising: | The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact to a vehicle.  |
| a) an impacted structure comprising said protected entity; | The Accused Product is not an impacted structure as described by the Asserted Patent. |
| b) at least one sacrificial chamber located in a predetermined position within said impacted structure, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent, located in a predetermined position within an impacted structure. |
| such that said impact from impacting object, will compress said sacrificial chamber, | The Accused Product does not contain a sacrificial chamber as described by the Asserted Patent. The impact from an impacting object as described in the Asserted Patent does not compress the Air Protect System. |
| said sacrificial chamber being filled with a compressible fluid at the time of said impact; | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The Air Protect System does not get filled with a compressible fluid. The Air Protect System inherently has air from the atmosphere in it. |
| c) at least one elongate fluid path, each with first and second spaced apart end, and each comprising flow control mechanisms, that is connected to said sacrificial chamber at | The Air Protect System does not have an elongate fluid path with spaced apart ends or flow control mechanisms. The Air Protect System does not have an elongate path connected to a sacrificial chamber and filled with compressible fluid. |

1

**Exhibit D at 032**

| Claim 1 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| its first end, and filled with said compressible fluid, | |
| such that under impact to the sacrificial chamber, said fluid paths conduct a predetermined controlled volume of said compressible fluid out of said sacrificial chamber to predetermined locations away from said sacrificial chamber; | There are no fluid paths that conduct a predetermined controlled volume of compressible fluid from a sacrificial chamber to predetermined locations away from the sacrificial chamber. |
| d) one or more micro-air cushions placed in predetermined locations and supported by said impacted structure, | The Air Protect System does not include micro-air cushions as described by the Asserted Patent. The Air Protect System is placed in a predetermined location within the Accused Product.<br><br>The Air Protect System is not supported by the impacted structure. |
| said micro-air cushions being connected to said at least one fluid path at its second end, | The Air Protect System does not include a sacrificial chamber described by the Asserted Patent. The pads of the Air Protect System are not connected to a fluid path at a second end. |
| thereby receiving predetermined controlled volumes of said compressible fluid from said fluid paths at and immediately following said impact; | The pads of the Air Protect System do not receive predetermined controlled volumes of compressible fluid from fluid paths at and immediately following an impact. |
| thereby said sacrificial chamber inflating said micro-air cushions in predetermined directions unrelated to the direction of compression of said sacrificial chamber by transferring fluid from the first end of said at least one fluid path, to the second end of said at least one fluid path and protecting said protected entity. | The chamber of the Air Protect System is not a sacrificial chamber and does not inflate the Air Protect pads in a predetermined direction unrelated to the direction of compression of a sacrificial chamber. The Air Protect System does not transfer fluid from a first end to a second end of a fluid path. |

2

**Exhibit D at 033**

| Claim 2 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 2. An Air-cushion System as in claim 1, wherein said sacrificial chamber retains some of the compressible fluid during and after impact to provide secondary protection to said impacted structure. | Air Protect does not have a sacrificial chamber as described in the Asserted Patent. The chamber of the Air Protect System may or may not have remaining fluid during and after impact and does not retain fluid to protect an impacted structure. |

| Claim 3 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 3. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they hold and cushion the protected entity. | The Air Protect System does not include micro-air-cushions described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 4 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 4. An Air-cushion System as in claim 1, wherein said micro-air-cushions are placed in positions such that on inflation following impact, they provide support to said protected entity, in the event of a predetermined small displacement of said protected entity relative to said impacted structure. | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The Air Protect System does not inflate following impact. |

| Claim 6 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 6. An Air-cushion System as in claim 1, wherein said protected entity is a anatomical element of a passenger in a vehicle, and wherein said micro-aircushions are anatomical micro-aircushions designed to inflate on impact to predetermined sizes, shapes and pressure appropriate to protect | The Air Protect System does not include micro-air-cushions as described by the Asserted Patent. The pads of the Air Protect System do not inflate on impact to predetermined sizes, shapes and pressures. |

3

**Exhibit D at 034**

| Claim 6 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| said anatomical element of said passenger in said vehicle. | |

| Claim 8 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 8. An Air-cushion System as in claim 1, wherein the protected entity is the head and neck of a passenger, the impacted object is a vehicle, and the impacting object impacts the vehicle from the rear of said vehicle, and wherein said sacrificial chamber is mounted in a position that will compress on impact by the impacting object, thereby said air-cushion system protecting said passenger from whip-lash injury. | Air Protect System does not have a sacrificial chamber as described in the patent and is not mounted in a position that will compress on impact by the impacting object from the rear of the vehicle. |

| Claim 10 of the '416 Asserted Patent | Accused Product: Magellan |
|---|---|
| 10. An air cushion system as in claim 1, wherein at least one of said sacrificial chamber and micro air-cushions are vented to ensure that the micro aircushions support the protected entity for a predetermined time before deflating to provide protection to the protected entity immediately after said impact. | The Air Protect System does not have a sacrificial chamber or micro air-cushions as described in the Asserted Patent and is not vented to ensure "support [of] the protected entity for a predetermined time before deflating." |

4

**Exhibit D at 035**

# EXHIBIT 5

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** – Noninfringement Claim Chart – U.S. Pat. No. 8,136,835

| Claim 1 of the '835 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| An airbag prefilled with at least a predetermined volume of air with porous filling materials, and | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product. The chamber of the Air Protect system is not prefilled with a predetermined volume of air.<br>  |
| comprising vents for exhaust at a metered rate during impact, | The chamber of the Air Protect System includes two vents, or perforations. Two Air Protect Systems working in tandem are shown below with one of two vents per System visible in the picture.<br><br>The chamber of the Air Protect System does not exhaust at a metered rate. |
| said porous filling materials and vents, enabling adjustment of the compression characteristics of the airbag under impact, | Neither the pad nor the vents in the chamber enables adjustment of the compression characteristics during impact to the vehicle.<br><br>The Air Protect System does not have an airbag as described by the Asserted Patent. |

1

**Exhibit D at 037**

| Claim 1 of the '835 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| thereby providing protection of an occupant in a vehicle under impact conditions. | |

| Claim 2 of the '835 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| An airbag as in claim 1, wherein said airbag acts as a sacrificial chamber to release airflow following commencement of compression of said airbag to aircushions that are enabled to protect an occupant during impact. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not include a sacrificial chamber or an air cushion as described by the Asserted Patent. <br><br> The chamber of the Air Protect system is not sacrificial and do not release airflow to air cushions following commencement of compression. |

| Claim 3 of the '835 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| An airbag as in claim 2, deployed with said airbag deployed such that its compression is enabled by contact with parts of the occupant with high inertial mass such that subsequent inflation of the aircushions protect high priority anatomical regions of the occupant. | The Air Protect System does not have an airbag as described by the Asserted Patent. <br><br> The Air Protect system does not deploy. The Air Protect system does not have air cushions. The pads of the Air Protect System do not inflate to protect anatomical regions of a child occupant. |

**Exhibit D at 038**

# EXHIBIT 6

*Cozy, Inc. v. Dorel Juvenile Group, Inc.* – Noninfringement Claim Chart – U.S. Pat. No. 8,136,835

| Claim 1 of the '835 Asserted Patent | Accused Product: Rodifix |
|---|---|
| An airbag prefilled with at least a predetermined volume of air with porous filling materials, and | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has an Air Protect System on each of the left and right sides of the Accused Product. The chamber of the Air Protect system is not prefilled with a predetermined volume of air.<br> |
| comprising vents for exhaust at a metered rate during impact, | The chamber includes only one vent, or perforation.<br><br>The chamber of the Air Protect System does not exhaust at a metered rate. |
| said porous filling materials and vents, enabling adjustment of the compression characteristics of the airbag under impact, thereby providing protection of an occupant in a vehicle under impact conditions. | The chamber of the Air Protect System includes one vent or perforation.<br><br>Neither the pad nor the vent in the chamber enables adjustment of the compression characteristics during impact to the vehicle.<br><br>The Air Protect System does not have an airbag as described by the Asserted Patent. |

1

**Exhibit D at 040**

| Claim 2 of the '835 Asserted Patent | Accused Product: Rodifix |
|---|---|
| An airbag as in claim 1, wherein said airbag acts as a sacrificial chamber to release airflow following commencement of compression of said airbag to aircushions that are enabled to protect an occupant during impact. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not include a sacrificial chamber or an air cushion as described by the Asserted Patent.<br><br>The chamber of the Air Protect system is not sacrificial and do not release airflow to air cushions following commencement of compression. |

| Claim 3 of the '835 Asserted Patent | Accused Product: Rodifix |
|---|---|
| An airbag as in claim 2, deployed with said airbag deployed such that its compression is enabled by contact with parts of the occupant with high inertial mass such that subsequent inflation of the aircushions protect high priority anatomical regions of the occupant. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect system does not deploy. The Air Protect system does not have air cushions. The pads of the Air Protect System do not inflate to protect anatomical regions of a child occupant. |

# EXHIBIT 7

*Cozy, Inc. v. Dorel Juvenile Group, Inc.* **– Noninfringement Claim Chart – U.S. Pat. No. 8,136,835**

| Claim 1 of the '835 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| An airbag prefilled with at least a predetermined volume of air with porous filling materials, and | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product. The chamber of the Air Protect system is not prefilled with a predetermined volume of air.<br><br> |
| comprising vents for exhaust at a metered rate during impact, | The chamber of the Air Protect System includes two vents, or perforations, as shown below.<br><br><br><br>The chamber of the Air Protect System does not exhaust at a metered rate. |
| said porous filling materials and vents, enabling adjustment of the compression characteristics of the airbag under impact, thereby providing protection of an occupant in a vehicle under impact conditions. | Neither the pad nor the vents in the chamber enables adjustment of the compression characteristics during impact to the vehicle.<br><br>The Air Protect System does not have an airbag as described by the Asserted Patent. |

1

**Exhibit D at 043**

| Claim 2 of the '835 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| An airbag as in claim 1, wherein said airbag acts as a sacrificial chamber to release airflow following commencement of compression of said airbag to aircushions that are enabled to protect an occupant during impact. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not include a sacrificial chamber or an air cushion as described by the Asserted Patent.<br><br>The chamber of the Air Protect system is not sacrificial and do not release airflow to air cushions following commencement of compression. |

| Claim 3 of the '835 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| An airbag as in claim 2, deployed with said airbag deployed such that its compression is enabled by contact with parts of the occupant with high inertial mass such that subsequent inflation of the aircushions protect high priority anatomical regions of the occupant. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect system does not deploy. The Air Protect system does not have air cushions. The pads of the Air Protect System do not inflate to protect anatomical regions of a child occupant. |

# EXHIBIT 8

*Cozy, Inc. v. Dorel Juvenile Group, Inc.* **– Noninfringement Claim Chart – U.S. Pat. No. 8,136,835**

| Claim 1 of the '835 Asserted Patent | Accused Product: Magellan |
|---|---|
| An airbag prefilled with at least a predetermined volume of air with porous filling materials, and | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product. The chamber of the Air Protect system is not prefilled with a predetermined volume of air.<br> |
| comprising vents for exhaust at a metered rate during impact, | The chamber includes only one vent, or perforation.<br><br>The chamber of the Air Protect System does not exhaust at a metered rate. |
| said porous filling materials and vents, enabling adjustment of the compression characteristics of the airbag under impact, thereby providing protection of an occupant in a vehicle under impact conditions. | The chamber of the Air Protect System includes one vent or perforation.<br><br>Neither the pad nor the vent in the chamber enables adjustment of the compression characteristics during impact to the vehicle.<br><br>The Air Protect System does not have an airbag as described by the Asserted Patent. |

1

**Exhibit D at 046**

| Claim 2 of the '835 Asserted Patent | Accused Product: Magellan |
|---|---|
| An airbag as in claim 1, wherein said airbag acts as a sacrificial chamber to release airflow following commencement of compression of said airbag to aircushions that are enabled to protect an occupant during impact. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not include a sacrificial chamber or an air cushion as described by the Asserted Patent.<br><br>The chamber of the Air Protect system is not sacrificial and do not release airflow to air cushions following commencement of compression. |

| Claim 3 of the '835 Asserted Patent | Accused Product: Magellan |
|---|---|
| An airbag as in claim 2, deployed with said airbag deployed such that its compression is enabled by contact with parts of the occupant with high inertial mass such that subsequent inflation of the aircushions protect high priority anatomical regions of the occupant. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect system does not deploy. The Air Protect system does not have air cushions. The pads of the Air Protect System do not inflate to protect anatomical regions of a child occupant. |

# EXHIBIT 9

*Cozy, Inc. v. Dorel Juvenile Group, Inc.* **– Noninfringement Claim Chart – U.S. Pat. No. 9,669,739**

| Claim 1 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.<br><br> |
| prefilled with air supplemented with a porous filling material within, | The chamber is not prefilled with air. |
| and having a plurality of vents,<br><br>configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber of the Air Protect System includes two vents or perforations, as shown below. Two Air Protect Systems working in tandem are shown below with one of two vents per System visible in the picture.<br><br><br><br>The evacuation of air from the vents of the chamber is not at a controlled rate. |
| wherein said first airbag pre-filled with air and with said porous filling material within | The Air Protect System does not have an airbag as described by the Asserted Patent. |

1

**Exhibit D at 049**

| Claim 1 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| is enabled to cushion the passenger ahead of impact; | The chamber of the Air Protect System is not prefilled with air.<br><br>The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; | The Accused Product is configured to support a child. |
| wherein the seat is configured to provide lateral support to the child; | The Accused Product is configured to provide lateral support to a child. |
| and wherein said supplementary porous filling material within and plurality of vents enable adjustment of compression characteristics during impact of said first airbag to protect the occupant under side impact conditions to the vehicle. | Neither the pad nor the vents in the Air Protect System enables adjustment of the compression characteristics during impact of the chamber. |

| Claim 2 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, further comprising a second airbag. | The Accused Product does not have airbags as described by the Asserted Patent. |

| Claim 3 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 2, wherein the seat further comprises a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 4 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 3, wherein the first and second airbags are located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent. The Accused Product includes Air Protect Systems proximate to the child's head. |

**Exhibit D at 050**

| Claim 7 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air cushion located in a vicinity of the predetermined region for protection of the occupant with a support surface of said air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent. The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion. The chamber is not connected so as to transfer air to inflate an air cushion in a predetermined region to protect the child with the air cushion as a support surface. |

| Claim 8 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber does not release air into an air cushion following compression. |

| Claim 9 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 8, wherein the combination of the first airbag and the air cushion provide protection to the occupant during side impact. | The Accused Product does not have an airbag or an air cushion as described by the Asserted Patent. |

| Claim 10 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 8, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 11 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is in the vicinity of the child's head. |

3

**Exhibit D at 051**

| Claim 11 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| anatomically appropriate shape; and has an adjustable vertical position. | The Air Protect System does not have an adjustable vertical position. |

| Claim 12 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the force of the occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes two vents, or perforation, through which air is forced out. |

| Claim 13 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Air Protect System does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising sides configured to provide lateral support; wherein the seat comprises a left support element and a right support element contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; | The Accused Product is a child car seat. |
| and wherein said airbag is prefilled with air supplemented with a porous filling material within, and | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber of the Air Protect System is not prefilled with air. A pad is inside the chamber. |

4

**Exhibit D at 052**

| Claim 13 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon the force of impact of an occupant's head during impact to the vehicle; | The chamber of the Air Protect System of the Accused Product includes two vents, or perforations. The evacuation of air from the vents of the Air Protect System is not at a controlled rate. |
| wherein said airbag pre-filled with air and with said porous filling material within is enabled to cushion the passenger ahead of impact to the vehicle; | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein said porous filling material and plurality of vents enable adjustment of compression characteristics of said airbag during impact to protect the occupant during impact to the vehicle; and | Neither the pad nor the vents of the chamber enables adjustment of the compression characteristics during impact to the vehicle. |
| wherein the airbag is located proximate the side of the occupant's head. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is located proximate the side of the child's head. |

| Claim 14 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The airbag of claim 13, wherein the airbag is located along a side of the child seat. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is located along the side of the Accused Product. |

| Claim 15 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The airbag of claim 13, enabled to utilize impact energy of an inertial loading on the airbag to cause airbag to act as a sacrificial chamber, to protect a predetermined region | The Accused Product does not have an airbag or a sacrificial chamber as described by the Asserted Patent. |

5

**Exhibit D at 053**

| Claim 15 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| of the occupant wherein the airbag is connected to transfer air to inflate an air cushion located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

| Claim 16 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The airbag of claim 13, wherein the airbag releases air following compression into an air cushion. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 17 of the '739 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 16, wherein the combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

# EXHIBIT 10

**Cozy, Inc. v. Dorel Juvenile Group, Inc.** – Noninfringement Claim Chart – U.S. Pat. No. 9,669,739

| Claim 1 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System is a pad in a chamber. The Accused Product has an Air Protect System on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.<br><br> |
| prefilled with air supplemented with a porous filling material within, | The chamber is not prefilled with air. |
| and having a plurality of vents,<br><br>configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber includes only one vent, or perforation, not a plurality.<br><br><br><br>The evacuation of air from the vent of the chamber is not at a controlled rate. |
| wherein said first airbag pre-filled with air and with said porous filling material within is enabled to cushion the passenger ahead of impact; | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System is not prefilled with air. |

1

| Claim 1 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| | The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; | The Accused Product is configured to support a child. |
| wherein the seat is configured to provide lateral support to the child; | The Accused Product is configured to provide lateral support to a child. |
| and wherein said supplementary porous filling material within and plurality of vents enable adjustment of compression characteristics during impact of said first airbag to protect the occupant under side impact conditions to the vehicle. | The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br><br>Neither the pad nor the vent in the Air Protect System enables adjustment of the compression characteristics during impact of the chamber. |

| Claim 2 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, further comprising a second airbag. | The Accused Product does not have airbags as described by the Asserted Patent. |

| Claim 3 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 2, wherein the seat further comprises a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 4 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 3, wherein the first and second airbags are located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent. The Accused Product includes Air Protect Systems proximate to the child's head. |

2

**Exhibit D at 057**

| Claim 7 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air cushion located in a vicinity of the predetermined region for protection of the occupant with a support surface of said air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br><br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion.<br><br>The chamber is not connected so as to transfer air to inflate an air cushion in a predetermined region to protect the child with the air cushion as a support surface. |

| Claim 8 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber does not release air into an air cushion following compression. |

| Claim 9 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 8, wherein the combination of the first airbag and the air cushion provide protection to the occupant during side impact. | The Accused Product does not have an airbag or an air cushion as described by the Asserted Patent. |

| Claim 10 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 8, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 11 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and has an adjustable vertical position. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is in the vicinity of the child's head.<br><br>The Air Protect System does not have an adjustable vertical position. |

3

**Exhibit D at 058**

| Claim 12 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the force of the occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes one vent, or perforation, through which air is forced out. |

| Claim 13 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Air Protect System does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising sides configured to provide lateral support; wherein the seat comprises a left support element and a right support element contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; | The Accused Product is a child car seat. |
| and wherein said airbag is prefilled with air supplemented with a porous filling material within, and | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber of the Air Protect System is not prefilled with air. A pad is inside the chamber. |
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon the force of impact of | The chamber of the Air Protect System of the Accused Product includes one vent, or perforation. The evacuation of air from the vent of the Air Protect System is not at a controlled rate. |

4

**Exhibit D at 059**

| Claim 13 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| an occupant's head during impact to the vehicle; | |
| wherein said airbag pre-filled with air and with said porous filling material within is enabled to cushion the passenger ahead of impact to the vehicle; | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein said porous filling material and plurality of vents enable adjustment of compression characteristics of said airbag during impact to protect the occupant during impact to the vehicle; and | Neither the pad nor the vent of the chamber enables adjustment of the compression characteristics during impact to the vehicle. |
| wherein the airbag is located proximate the side of the occupant's head. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is located proximate the side of the child's head. |

| Claim 14 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The airbag of claim 13, wherein the airbag is located along a side of the child seat. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is located along the side of the Accused Product. |

| Claim 15 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The airbag of claim 13, enabled to utilize impact energy of an inertial loading on the airbag to cause airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the airbag is connected to transfer air to inflate an air cushion located in a vicinity of the | The Accused Product does not have an airbag or a sacrificial chamber as described by the Asserted Patent.

The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

**Exhibit D at 060**

| Claim 15 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| predetermined region for protection of the occupant with a support surface of said aircushion. | |

| Claim 16 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The airbag of claim 13, wherein the airbag releases air following compression into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 17 of the '739 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 16, wherein the combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

6

**Exhibit D at 061**

# EXHIBIT 11

*Cozy, Inc. v. Dorel Juvenile Group, Inc.* **– Noninfringement Claim Chart – U.S. Pat. No. 9,669,739**

| Claim 1 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.<br><br>  |
| prefilled with air supplemented with a porous filling material within, | The chamber is not prefilled with air. |
| and having a plurality of vents,<br><br>configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber of the Air Protect System includes two vents or perforations, as shown below.<br><br><br><br>The evacuation of air from the vents of the chamber is not at a controlled rate. |
| wherein said first airbag pre-filled with air and with said porous filling material within | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System is not prefilled with air. |

| Claim 1 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| is enabled to cushion the passenger ahead of impact; | The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; | The Accused Product is configured to support a child. |
| wherein the seat is configured to provide lateral support to the child; | The Accused Product is configured to provide lateral support to a child. |
| and wherein said supplementary porous filling material within and plurality of vents enable adjustment of compression characteristics during impact of said first airbag to protect the occupant under side impact conditions to the vehicle. | Neither the pad nor the vents in the Air Protect System enables adjustment of the compression characteristics during impact of the chamber. |

| Claim 2 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, further comprising a second airbag. | The Accused Product does not have airbags as described by the Asserted Patent. |

| Claim 3 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 2, wherein the seat further comprises a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 4 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 3, wherein the first and second airbags are located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent. The Accused Product includes Air Protect Systems proximate to the child's head. |

2

**Exhibit D at 064**

| Claim 7 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air cushion located in a vicinity of the predetermined region for protection of the occupant with a support surface of said air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br><br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion.<br><br>The chamber is not connected so as to transfer air to inflate an air cushion in a predetermined region to protect the child with the air cushion as a support surface. |

| Claim 8 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber does not release air into an air cushion following compression. |

| Claim 9 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 8, wherein the combination of the first airbag and the air cushion provide protection to the occupant during side impact. | The Accused Product does not have an airbag or an air cushion as described by the Asserted Patent. |

| Claim 10 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 8, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 11 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and has an adjustable vertical position. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is in the vicinity of the child's head.<br><br>The Air Protect System does not have an adjustable vertical position. |

3

**Exhibit D at 065**

| Claim 12 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the force of the occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes two vents, or perforation, through which air is forced out. |

| Claim 13 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Air Protect System does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising sides configured to provide lateral support; wherein the seat comprises a left support element and a right support element contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; | The Accused Product is a child car seat. |
| and wherein said airbag is prefilled with air supplemented with a porous filling material within, and | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber of the Air Protect System is not prefilled with air. A pad is inside the chamber. |
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon the force of impact of | The chamber of the Air Protect System of the Accused Product includes two vents, or perforations. The evacuation of air from the vents of the Air Protect System is not at a controlled rate. |

4

**Exhibit D at 066**

| Claim 13 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| an occupant's head during impact to the vehicle; | |
| wherein said airbag pre-filled with air and with said porous filling material within is enabled to cushion the passenger ahead of impact to the vehicle; | The Air Protect System does not have an airbag as described by the Asserted Patent. The chamber is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein said porous filling material and plurality of vents enable adjustment of compression characteristics of said airbag during impact to protect the occupant during impact to the vehicle; and | Neither the pad nor the vents of the chamber enables adjustment of the compression characteristics during impact to the vehicle. |
| wherein the airbag is located proximate the side of the occupant's head. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is located proximate the side of the child's head. |

| Claim 14 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The airbag of claim 13, wherein the airbag is located along a side of the child seat. | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System is located along the side of the Accused Product. |

| Claim 15 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The airbag of claim 13, enabled to utilize impact energy of an inertial loading on the airbag to cause airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the airbag is connected to transfer air to inflate an air cushion located in a vicinity of the | The Accused Product does not have an airbag or a sacrificial chamber as described by the Asserted Patent.<br><br>The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

5

**Exhibit D at 067**

| Claim 15 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| predetermined region for protection of the occupant with a support surface of said aircushion. | |

| Claim 16 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The airbag of claim 13, wherein the airbag releases air following compression into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 17 of the '739 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 16, wherein the combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

# EXHIBIT 12

*Cozy, Inc. v. Dorel Juvenile Group, Inc.* – Noninfringement Claim Chart – U.S. Pat. No. 9,669,739

| Claim 1 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.<br><br> |
| prefilled with air supplemented with a porous filling material within, | The chamber is not prefilled with air. |
| and having a plurality of vents,<br><br>configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber includes only one vent, or perforation, not a plurality.<br><br><br><br>The evacuation of air from the vent of the chamber is not at a controlled rate. |
| wherein said first airbag pre-filled with air and with said porous filling material within is enabled to cushion the passenger ahead of impact; | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System is not prefilled with air. |

| Claim 1 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| | The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; | The Accused Product is configured to support a child. |
| wherein the seat is configured to provide lateral support to the child; | The Accused Product is configured to provide lateral support to a child. |
| and wherein said supplementary porous filling material within and plurality of vents enable adjustment of compression characteristics during impact of said first airbag to protect the occupant under side impact conditions to the vehicle. | The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br><br>Neither the pad nor the vent in the Air Protect System enables adjustment of the compression characteristics during impact of the chamber. |

| Claim 2 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, further comprising a second airbag. | The Accused Product does not have airbags as described by the Asserted Patent. |

| Claim 3 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 2, wherein the seat further comprises a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 4 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 3, wherein the first and second airbags are located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent. The Accused Product includes Air Protect Systems proximate to the child's head. |

2

**Exhibit D at 071**

| Claim 7 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air cushion located in a vicinity of the predetermined region for protection of the occupant with a support surface of said air cushion. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br><br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion.<br><br>The chamber is not connected so as to transfer air to inflate an air cushion in a predetermined region to protect the child with the air cushion as a support surface. |

| Claim 8 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The chamber does not release air into an air cushion following compression. |

| Claim 9 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 8, wherein the combination of the first airbag and the air cushion provide protection to the occupant during side impact. | The Accused Product does not have an airbag or an air cushion as described by the Asserted Patent. |

| Claim 10 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 8, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 11 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and has an adjustable vertical position. | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is in the vicinity of the child's head.<br><br>The Air Protect System does not have an adjustable vertical position. |

3

**Exhibit D at 072**

| Claim 12 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the force of the occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes one vent, or perforation, through which air is forced out. |

| Claim 13 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Accused Product does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising sides configured to provide lateral support; wherein the seat comprises a left support element and a right support element contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; | The Accused Product is a child car seat. |
| and wherein said airbag is prefilled with air supplemented with a porous filling material within, and | The Accused Product does not have an airbag as described by the Asserted Patent. The chamber of the Air Protect System is not prefilled with air. A pad is inside the chamber. |
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon the force of impact of | The chamber of the Air Protect System of the Accused Product includes one vent, or perforation. The evacuation of air from the vent of the Air Protect System is not at a controlled rate. |

4

**Exhibit D at 073**

| Claim 13 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| an occupant's head during impact to the vehicle; | |
| wherein said airbag pre-filled with air and with said porous filling material within is enabled to cushion the passenger ahead of impact to the vehicle; | The Accused Product does not have an airbag as described by the Asserted Patent. The chamber is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein said porous filling material and plurality of vents enable adjustment of compression characteristics of said airbag during impact to protect the occupant during impact to the vehicle; and | Neither the pad nor the vent of the chamber enables adjustment of the compression characteristics during impact to the vehicle. |
| wherein the airbag is located proximate the side of the occupant's head. | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is located proximate the side of the child's head. |

| Claim 14 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The airbag of claim 13, wherein the airbag is located along a side of the child seat. | The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is located along the side of the Accused Product. |

| Claim 15 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The airbag of claim 13, enabled to utilize impact energy of an inertial loading on the airbag to cause airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the airbag is connected to transfer air to inflate an air cushion located in a vicinity of the | The Accused Product does not have an airbag or a sacrificial chamber as described by the Asserted Patent.<br><br>The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

5

**Exhibit D at 074**

| Claim 15 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| predetermined region for protection of the occupant with a support surface of said aircushion. | |

| Claim 16 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The airbag of claim 13, wherein the airbag releases air following compression into an air cushion. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 17 of the '739 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 16, wherein the combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

**Exhibit D at 075**

# EXHIBIT 13

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** – Noninfringement Claim Chart – U.S. Pat. No. 9,902,298

| Claim 1 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.<br><br> |
| prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| having a plurality of vents configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber of the Air Protect System includes two vents, or perforations. Two Air Protect Systems working in tandem are shown below with one of two vents per System visible in the picture.<br><br><br><br>The evacuation of air from the vents of the chamber is not at a controlled rate. |
| wherein said porous filling material comprises a foam pad; wherein said airbag | The pad may be comprised of foam. The pad is inside the chamber constructed from a flexible material. |

1

**Exhibit D at 077**

| Claim 1 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| is constructed with a flexible membrane adjoining said foam pad; | |
| wherein said plurality of vents comprise perforations on said flexible membrane; | The vents in the chamber are perforations. |
| wherein an inertial loading of the occupant on the airbag compresses the foam pad and exhausts air through the perforations on said flexible membrane during lateral inertial loadings by the occupant; | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber compresses upon loading by a child and exhausts air through the vents. |
| wherein said first airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading of the airbag by the occupant, and | The chamber of the Air Protect System is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| absorbing air through perforations upon expansion of said foam pad; | Air can enter a chamber of through the vents. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; wherein the seat is configured to provide lateral support to the child; and | The Accused Product is a child car seat and provides lateral support. |
| wherein said supplementary porous filling material comprising a foam pad within, and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics during impact of said first airbag to protect the occupant during inertial loading of the occupant under side impact conditions to the vehicle. | Neither the pad nor the vents in the Air Protect System enable adjustment of the compression characteristics during impact of the chamber. |

2

**Exhibit D at 078**

| Claim 2 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the seat further comprises a second airbag and a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 3 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 2, wherein the first and second airbags are configured to be located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The chamber is located proximate the child's head. |

| Claim 5 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 2, further comprising a third air configured to be located proximate to and behind an occupant's head. | It is unclear what a "third air" means. The Accused Product does not include an instance of the Air Protect System behind the child's head. |

| Claim 6 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air-cushion configured to be located in a vicinity of the predetermined region for protection of the | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br><br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion.<br><br>The chamber of the Air Protect System is not connected to transfer air to inflate the pad for protection of the child with a support surface of the pad. |

| Claim 6 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| occupant with a support surface of said aircushion. | |

| Claim 7 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air into an air cushion. |

| Claim 8 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 7, wherein: pillow pads comprise a combination of the first airbag and the air cushion; said pillow pads are supported in a head support assembly slidably attached to a seat back of said child seat, and with wings configured to straddle a head and neck of the occupant to provide protection to the occupant during side impact. | The Accused Product does not have an airbag as described by the Asserted Patent, nor pillow pads supported in a head support assembly slidably attached to a seat back of a child seat.<br><br>The Air Protect System does not have a pillow pad comprised of a combination of a first airbag and an air cushion. |

| Claim 9 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 7, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 10 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not have an airbag configured in an anatomically appropriate shape. |
| has an adjustable vertical position. | The Air Protect System does not have an adjustable vertical position. |

4

**Exhibit D at 080**

| Claim 11 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 1, wherein the force of an occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes two vents, or perforations, through which air is forced out. |

| Claim 12 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Air Protect System does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising a first support element and second support element on the first and second sides respectively configured to provide lateral support; wherein the first support element and the second support element are contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; and | The Accused Product is a child car seat. |
| wherein said airbag is prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon a force of impact of an occupant's head during impact to the vehicle; | The chamber of the Air Protect System of the Accused Product includes two vents, or perforations. The evacuation of air from the vents of the Air Protect System is not at a controlled rate. |

5

**Exhibit D at 081**

| Claim 12 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| wherein said porous filling material comprises a foam pad; | The pad may comprise foam. |
| wherein said airbag is constructed with a flexible membrane adjoining said foam pad; | The chamber of the Air Protect System is made of a flexible material. |
| wherein said plurality of vents comprise perforations on said flexible membrane; | The chamber is flexible and includes two vents that are perforations. |
| wherein the inertial loading of the occupant compresses the foam and exhausts air through the perforations during lateral inertial loadings by the occupant; | The chamber compresses on loading and exhausts air through the vents, or perforations. |
| wherein said airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading, and absorbing air through perforations upon expansion of said foam pad; | The chamber is not prefilled with air. The pad is enabled to cushion a child during impact. |
| wherein said supplementary porous filling material comprising a foam pad and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics of said airbag to protect the occupant during impact to the vehicle; and | Neither the pad nor the vents in the chamber enable adjustment of the compression characteristics. |
| wherein the airbag is configured to be located proximate a side of the occupant's head. | The chamber is located proximate the side of the child's head. |

6

**Exhibit D at 082**

| Claim 13 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The airbag of claim 12, wherein the airbag is located along a side of the child seat in a pillow pad supported by a headrest assembly with a wing on one of said first and second sides of the seat. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is located in the side of the Accused Product. |

| Claim 14 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The airbag of claim 12, enabled to utilize impact energy of an inertial loading on the airbag to cause said airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is not a sacrificial chamber as described by the Asserted Patent. |
| wherein the airbag is connected to transfer air to inflate an air cushion configured to be located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

| Claim 15 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The airbag of claim 12, wherein the airbag releases air following compression into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 16 of the '298 Asserted Patent | Accused Product: Safety 1st |
|---|---|
| The child seat of claim 15, wherein a combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

7

**Exhibit D at 083**

# EXHIBIT 14

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** **– Noninfringement Claim Chart – U.S. Pat. No. 9,902,298**

| Claim 1 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent. The Accused Product has a single pad, located in an air chamber ("Air Protect System"), which contributes to the protection of a child during a side impact.<br> |
| prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| having a plurality of vents configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber does not have a plurality of vents.<br><br>The evacuation of air from the single vent or perforation of the Air Protect System is not at a controlled rate. |
| wherein said porous filling material comprises a foam pad; wherein said airbag is constructed with a flexible membrane adjoining said foam pad; | The pad may be comprised of foam. The chamber is constructed from a flexible material. |

1

**Exhibit D at 085**

| Claim 1 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| wherein said plurality of vents comprise perforations on said flexible membrane; | The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br>The single vent in the chamber is a perforation. |
| wherein an inertial loading of the occupant on the airbag compresses the foam pad and exhausts air through the perforations on said flexible membrane during lateral inertial loadings by the occupant; | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br><br>The chamber compresses upon loading by a child and exhausts air through the single vent. |
| wherein said first airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading of the airbag by the occupant, and | The chamber of the Air Protect System is not prefilled with air. The pad of the Air Protection System contributes to cushioning a child during impact.<br><br>The chamber of the Accused Product includes only one vent, or perforation, not a plurality. |
| absorbing air through perforations upon expansion of said foam pad; | Air can enter the chamber through the single vent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; wherein the seat is configured to provide lateral support to the child; and | The Accused Product is a child car seat and provides lateral support. |
| wherein said supplementary porous filling material comprising a foam pad within, and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics during impact of said first airbag to protect the occupant | Neither the pad nor the single vent in the Air Protect System enables adjustment of the compression characteristics during impact of the chamber. |

2

| Claim 1 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| during inertial loading of the occupant under side impact conditions to the vehicle. | |

| Claim 2 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the seat further comprises a second airbag and a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product contains two instances of the Air Protect System. The Accused Product contains an instance of the Air Protect System on each of the left and right sides of the child seat. |

| Claim 3 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 2, wherein the first and second airbags are configured to be located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The chambers are located proximate the child's head. |

| Claim 5 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 2, further comprising a third air configured to be located proximate to and behind an occupant's head. | It is unclear what a "third air" means. The Accused Product does not include an instance of the Air Protect System behind the child's head. |

| Claim 6 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air-cushion | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br><br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion. |

3

**Exhibit D at 087**

| Claim 6 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| configured to be located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber of the Air Protect System is not connected to transfer air to inflate the pad for protection of the child with a support surface of the pad. |

| Claim 7 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air into an air cushion |

| Claim 8 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 7, wherein: pillow pads comprise a combination of the first airbag and the air cushion; said pillow pads are supported in a head support assembly slidably attached to a seat back of said child seat, and with wings configured to straddle a head and neck of the occupant to provide protection to the occupant during side impact. | The Accused Product does not have an airbag as described by the Asserted Patent, nor pillow pads supported in a head support assembly slidably attached to a seat back of a child.<br><br>The Air Protect System does not have a pillow pad comprised of a combination of a first airbag and an air cushion. |

| Claim 9 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 7, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 10 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not have an airbag configured in an anatomically appropriate shape. |

**Exhibit D at 088**

| Claim 10 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| has an adjustable vertical position. | The Air Protect System does not have an adjustable vertical position. |

| Claim 11 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 1, wherein the force of an occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Accused Product includes a single vent, or perforation, through which air is forced out. |

| Claim 12 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| An airbag for use in a child seat in a vehicle: | Air Protect System is not an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising a first support element and second support element on the first and second sides respectively configured to provide lateral support; wherein the first support element and the second support element are contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; and | The Accused Product is a child car seat. |
| wherein said airbag is prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |

5

**Exhibit D at 089**

| Claim 12 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon a force of impact of an occupant's head during impact to the vehicle; | The chamber of the Air Protect System of the Accused Product comprises only a single vent. The evacuation of air from the single vent of the Air Protect System is not at a controlled rate. |
| wherein said porous filling material comprises a foam pad; | The pad may comprise foam. |
| wherein said airbag is constructed with a flexible membrane adjoining said foam pad; | The chamber of the Air Protect System is made of a flexible material. |
| wherein said plurality of vents comprise perforations on said flexible membrane; | The chamber is flexible and includes a single vent that is a perforation. |
| wherein the inertial loading of the occupant compresses the foam and exhausts air through the perforations during lateral inertial loadings by the occupant; | The chamber compresses on loading and exhausts air through the vent, or perforation. |
| wherein said airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading, and absorbing air through perforations upon expansion of said foam pad; | The chamber is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| wherein said supplementary porous filling material comprising a foam pad and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics of said airbag to protect the occupant during impact to the vehicle; and | Neither the pad nor the single vent in the chamber enables adjustment of the compression characteristics. |

| Claim 12 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| wherein the airbag is configured to be located proximate a side of the occupant's head. | The chamber is located proximate the side of the child's head. |

| Claim 13 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The airbag of claim 12, wherein the airbag is located along a side of the child seat in a pillow pad supported by a headrest assembly with a wing on one of said first and second sides of the seat. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is located in the side of the Accused Product. |

| Claim 14 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The airbag of claim 12, enabled to utilize impact energy of an inertial loading on the airbag to cause said airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant | The Accused Product chamber is not an airbag as described by the Asserted Patent.<br><br>The chamber is not a sacrificial chamber as described by the Asserted Patent. |
| wherein the airbag is connected to transfer air to inflate an air cushion configured to be located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

| Claim 15 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The airbag of claim 12, wherein the airbag releases air following compression into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

**Exhibit D at 091**

| Claim 16 of the '298 Asserted Patent | Accused Product: Rodifix |
|---|---|
| The child seat of claim 15, wherein a combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

# EXHIBIT 15

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** **– Noninfringement Claim Chart – U.S. Pat. No. 9,902,298**

| Claim 1 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.  |
| prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| having a plurality of vents configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber of the Air Protect System includes two vents or perforations, as shown below.  The evacuation of air from the vents of the chamber is not at a controlled rate. |
| wherein said porous filling material comprises a foam pad; wherein said airbag | The pad may be comprised of foam. The pad is inside the chamber constructed from a flexible material. |

1

| Claim 1 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| is constructed with a flexible membrane adjoining said foam pad; | |
| wherein said plurality of vents comprise perforations on said flexible membrane; | The vents in the chamber are perforations. |
| wherein an inertial loading of the occupant on the airbag compresses the foam pad and exhausts air through the perforations on said flexible membrane during lateral inertial loadings by the occupant; | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber compresses upon loading by a child and exhausts air through the vents. |
| wherein said first airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading of the airbag by the occupant, and | The chamber of the Air Protect System is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact. |
| absorbing air through perforations upon expansion of said foam pad; | Air can enter a chamber of through the vents. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; wherein the seat is configured to provide lateral support to the child; and | The Accused Product is a child car seat and provides lateral support. |
| wherein said supplementary porous filling material comprising a foam pad within, and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics during impact of said first airbag to protect the occupant during inertial loading of the occupant under side impact conditions to the vehicle. | Neither the pad nor the vents in the Air Protect System enable adjustment of the compression characteristics during impact of the chamber. |

2

**Exhibit D at 095**

| Claim 2 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the seat further comprises a second airbag and a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 3 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 2, wherein the first and second airbags are configured to be located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The chamber is located proximate the child's head. |

| Claim 5 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 2, further comprising a third air configured to be located proximate to and behind an occupant's head. | It is unclear what a "third air" means. The Accused Product does not include an instance of the Air Protect System behind the child's head. |

| Claim 6 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air-cushion configured to be located in a vicinity of the predetermined region for protection of the | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br><br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion.<br><br>The chamber of the Air Protect System is not connected to transfer air to inflate the pad for protection of the child with a support surface of the pad. |

3

**Exhibit D at 096**

| Claim 6 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| occupant with a support surface of said aircushion. | |

| Claim 7 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air into an air cushion. |

| Claim 8 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 7, wherein: pillow pads comprise a combination of the first airbag and the air cushion; said pillow pads are supported in a head support assembly slidably attached to a seat back of said child seat, and with wings configured to straddle a head and neck of the occupant to provide protection to the occupant during side impact. | The Accused Product does not have an airbag as described by the Asserted Patent, nor pillow pads supported in a head support assembly slidably attached to a seat back of a child seat.<br><br>The Air Protect System does not have a pillow pad comprised of a combination of a first airbag and an air cushion. |

| Claim 9 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 7, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 10 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not have an airbag configured in an anatomically appropriate shape. |
| has an adjustable vertical position. | The Air Protect System does not have an adjustable vertical position. |

4

**Exhibit D at 097**

| Claim 11 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 1, wherein the force of an occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes two vents, or perforations, through which air is forced out. |

| Claim 12 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Air Protect System does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising a first support element and second support element on the first and second sides respectively configured to provide lateral support; wherein the first support element and the second support element are contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; and | The Accused Product is a child car seat. |
| wherein said airbag is prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon a force of impact of an occupant's head during impact to the vehicle; | The chamber of the Air Protect System of the Accused Product includes two vents, or perforations. The evacuation of air from the vents of the Air Protect System is not at a controlled rate. |

5

**Exhibit D at 098**

| Claim 12 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| wherein said porous filling material comprises a foam pad; | The pad may comprise foam. |
| wherein said airbag is constructed with a flexible membrane adjoining said foam pad; | The chamber of the Air Protect System is made of a flexible material. |
| wherein said plurality of vents comprise perforations on said flexible membrane; | The chamber is flexible and includes two vents that are perforations. |
| wherein the inertial loading of the occupant compresses the foam and exhausts air through the perforations during lateral inertial loadings by the occupant; | The chamber compresses on loading and exhausts air through the vents, or perforations. |
| wherein said airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading, and absorbing air through perforations upon expansion of said foam pad; | The chamber is not prefilled with air. The pad is enabled to cushion a child during impact. |
| wherein said supplementary porous filling material comprising a foam pad and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics of said airbag to protect the occupant during impact to the vehicle; and | Neither the pad nor the vents in the chamber enable adjustment of the compression characteristics. |
| wherein the airbag is configured to be located proximate a side of the occupant's head. | The chamber is located proximate the side of the child's head. |

**Exhibit D at 099**

| Claim 13 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The airbag of claim 12, wherein the airbag is located along a side of the child seat in a pillow pad supported by a headrest assembly with a wing on one of said first and second sides of the seat. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is located in the side of the Accused Product. |

| Claim 14 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The airbag of claim 12, enabled to utilize impact energy of an inertial loading on the airbag to cause said airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is not a sacrificial chamber as described by the Asserted Patent. |
| wherein the airbag is connected to transfer air to inflate an air cushion configured to be located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

| Claim 15 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The airbag of claim 12, wherein the airbag releases air following compression into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 16 of the '298 Asserted Patent | Accused Product: Pria 70 |
|---|---|
| The child seat of claim 15, wherein a combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the occupant under side impact conditions. |

**Exhibit D at 100**

# EXHIBIT 16

***Cozy, Inc. v. Dorel Juvenile Group, Inc.*** **– Noninfringement Claim Chart – U.S. Pat. No. 9,902,298**

| Claim 1 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| A child seat for use in a vehicle comprising: a first airbag configured to protect an occupant during side impact to the vehicle, | The Accused Product is a child seat for use in a vehicle. The Accused Product does not have an airbag as described by the Asserted Patent. The Air Protect System is a pad in a chamber. The Accused Product has a set of two Air Protect Systems working in tandem on each of the left and right sides of the Accused Product that contribute to the protection of a child during side impact.<br><br> |
| prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| having a plurality of vents configured to evacuate said air at a controlled rate upon impact during side impact to the vehicle; | The chamber includes only one vent, or perforation, not a plurality.<br><br><br><br>The evacuation of air from the vent of the chamber is not at a controlled rate. |
| wherein said porous filling material comprises a foam pad; wherein said airbag is constructed with a flexible membrane adjoining said foam pad; | The pad may be comprised of foam. The chamber is constructed from a flexible material. |

1

| Claim 1 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| wherein said plurality of vents comprise perforations on said flexible membrane; | The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br>The single vent in the chamber is a perforation. |
| wherein an inertial loading of the occupant on the airbag compresses the foam pad and exhausts air through the perforations on said flexible membrane during lateral inertial loadings by the occupant; | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br>The chamber compresses on loading by a child and exhausts air through the single vent, or perforation. |
| wherein said first airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading of the airbag by the occupant, and | The chamber of the Air Protect System is not prefilled with air. The pad of the Air Protect System contributes to cushioning a child during impact.<br><br>The chamber of the Accused Product includes only one vent, or perforation, not a plurality. |
| absorbing air through perforations upon expansion of said foam pad; | The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br>Air can enter a chamber through the vent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is removably attached to a seat in a vehicle. |
| wherein the seat is configured to support a child; wherein the seat is configured to provide lateral support to the child; and | The Accused Product is a child car seat and provides lateral support. |
| wherein said supplementary porous filling material comprising a foam pad within, and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics during impact of said first airbag to protect the occupant | The chamber of the Accused Product includes only one vent, or perforation, not a plurality.<br>Neither the pad nor the vent in the Air Protect System enables adjustment of the compression characteristics during impact of the chamber. |

2

**Exhibit D at 103**

| Claim 1 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| during inertial loading of the occupant under side impact conditions to the vehicle. | |

| Claim 2 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the seat further comprises a second airbag and a first side and a second side, and wherein the first airbag is located along the first side, and the second airbag is located along a second side. | The Accused Product does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product contains four instances of the Air Protect System, a set of two Systems working in tandem on either side of the left and right sides of the child seat. |

| Claim 3 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 2, wherein the first and second airbags are configured to be located proximate an occupant's head or neck. | The Accused Product does not have airbags as described by the Asserted Patent.<br><br>The pads are located proximate the child's head. |

| Claim 5 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 2, further comprising a third air configured to be located proximate to and behind an occupant's head. | It is unclear what a third air means.  The Accused Product does not include an instance of the Air Protect System behind the child's head. |

| Claim 6 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, enabled to utilize impact energy of an inertial loading on the first airbag to cause first airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant wherein the first airbag is connected to transfer air to inflate an air-cushion | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Air Protect System does not include a sacrificial chamber as described in the Asserted Patent.<br>The Air Protect System does not have a first airbag connected to transfer air to inflate an air-cushion. |

3

**Exhibit D at 104**

| Claim 6 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| configured to be located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber of the Air Protect System is not connected to transfer air to inflate the pad for protection of the child with a support surface of the pad. |

| Claim 7 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the first airbag releases air following compression, into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air into an air cushion. |

| Claim 8 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 7, wherein: pillow pads comprise a combination of the first airbag and the air cushion; said pillow pads are supported in a head support assembly slidably attached to a seat back of said child seat, and with wings configured to straddle a head and neck of the occupant to provide protection to the occupant during side impact. | The Accused Product does not have an airbag as described by the Asserted Patent, nor pillow pads supported in a head support assembly slidably attached to a seat back of a child seat.<br><br>The Air protect System does not have a pillow pad comprised of a combination of a first airbag and an air cushion. |

| Claim 9 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 7, wherein the air cushion is designed to cushion the head of an occupant. | The Air Protect System does not have an air cushion as described by the Asserted Patent. The Air Protect System is designed as a safety feature but may contribute to the cushioning of a child. |

| Claim 10 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the first airbag is one or both of: configured in an anatomically appropriate shape; and | The Air Protect System does not have an airbag as described by the Asserted Patent. The Air Protect System does not have an airbag configured in an anatomically appropriate shape. |
| has an adjustable vertical position. | The Air Protect System does not have an adjustable vertical position. |

4

**Exhibit D at 105**

| Claim 11 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 1, wherein the force of an occupant's head against the first airbag during impact forces air out of at least some of the plurality of vents. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System includes one vent, or perforation, through which air is forced out. |

| Claim 12 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| An airbag for use in a child seat in a vehicle: | The Air Protect System does not have an airbag as described by the Asserted Patent. |
| wherein the seat is configured to be removably attached to the vehicle; | The Accused Product is configured to be removably attached to a seat in a vehicle. |
| wherein the seat comprises first and second sides; wherein the seat comprises a shell, configured to partially surround the occupant and comprising a first support element and second support element on the first and second sides respectively configured to provide lateral support; wherein the first support element and the second support element are contiguous with a bottom support element and a back support element to cradle a lower body of the occupant with support; and | The Accused Product is a child car seat. |
| wherein said airbag is prefilled with air supplemented with a porous filling material within and | The chamber of the Air Protect System is not prefilled with air. |
| further comprising: a plurality of vents configured to evacuate said air at a controlled rate upon a force of impact of an | The chamber of the Air Protect System of the Accused Product includes one vent, or perforation. The evacuation of air from the vent of the Air Protect System is not at a controlled rate. |

| Claim 12 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| occupant's head during impact to the vehicle; | |
| wherein said porous filling material comprises a foam pad; | The pad may include foam. |
| wherein said airbag is constructed with a flexible membrane adjoining said foam pad; | The chamber of the Air Protect System is made of a flexible material. |
| wherein said plurality of vents comprise perforations on said flexible membrane; | The chamber is flexible and includes one vent that is a perforation. |
| wherein the inertial loading of the occupant compresses the foam and exhausts air through the perforations during lateral inertial loadings by the occupant; | The chamber compresses on loading and exhausts air through the vent, or perforation. |
| wherein said airbag pre-filled with air and with said porous filling material comprising a foam pad within is enabled to cushion an occupant ahead of impact to the vehicle, by releasing air through said perforations in said flexible membrane during transient inertial loading, and absorbing air through perforations upon expansion of said foam pad; | The chamber is not prefilled with air. The pad is enabled to cushion a child during impact. |
| wherein said supplementary porous filling material comprising a foam pad and plurality of vents comprising perforations in the flexible membrane enable adjustment of compression characteristics of said airbag to protect the occupant during impact to the vehicle; and | Neither the pad nor the vent in the chamber enables adjustment of the compression characteristics during impact to the vehicle. |
| wherein the airbag is configured to be located proximate a side of the occupant's head. | The chamber is located proximate the side of the child's head. |

6

**Exhibit D at 107**

| Claim 13 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The airbag of claim 12, wherein the airbag is located along a side of the child seat in a pillow pad supported by a headrest assembly with a wing on one of said first and second sides of the seat. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is located in the side of the Accused Product. |

| Claim 14 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The airbag of claim 12, enabled to utilize impact energy of an inertial loading on the airbag to cause said airbag to act as a sacrificial chamber, to protect a predetermined region of the occupant | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber is not a sacrificial chamber as described by the Asserted Patent. |
| wherein the airbag is connected to transfer air to inflate an air cushion configured to be located in a vicinity of the predetermined region for protection of the occupant with a support surface of said aircushion. | The chamber is not connected to transfer air to inflate an air cushion for protection of the child with a support surface of the air cushion. |

| Claim 15 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The airbag of claim 12, wherein the airbag releases air following compression into an air cushion. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The chamber of the Air Protect System does not release air following compression into an air cushion. |

| Claim 16 of the '298 Asserted Patent | Accused Product: Magellan |
|---|---|
| The child seat of claim 15, wherein a combination of the airbag and the air cushion provide protection to the occupant under side impact conditions. | The Air Protect System does not have an airbag as described by the Asserted Patent.<br><br>The Accused Product does not have the combination of an airbag and an air cushion to provide protection to the child under side impact conditions. |

7

**Exhibit D at 108**