UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COZY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOREL JUVENILE GROUP, INC., <br><br> Defendant. | C.A. No. 21-cv-10134-JGD |

**DEFENDANT DOREL JUVENILE GROUP, INC.'S
MOTION FOR SANCTIONS**

Dorel Juvenile Group, Inc. ("Dorel") moves this Court to impose sanctions against Plaintiff Cozy, Inc. ("Cozy"), its Chairman, Dr. Arjuna I. Rajasingham, and its former counsel, King & Spalding LLP, Brent P. Ray, Abby L. Parsons ("K&S Counsel"), the KRAdamo Law Office, and Kenneth R. Adamo (together with K&S Counsel ("Cozy Former Counsel")), jointly and severally, pursuant to 35 U.S.C. § 285, 28 U.S.C. §1927 and this Court's inherent authority.

Specifically, the Court should award Dorel attorneys' fees and costs as a sanction against Cozy, Dr. Rajasingham, Mr. Ray, and Mr. Adamo under Section 285, against Cozy former counsel under Section 1927, and against Cozy, Dr. Rajasingham, and Cozy former counsel under the Court's inherent authority.

The facts supporting Dorel's entitlement to a fee award, aside from the Special Master's recent production of documents pursuant to the crime fraud exception, include at least:

- Dr. Rajasingham's scheme, undertaken with the assistance of Mr. Ray and Mr. Adamo, to generate patent claims to cover Dorel that bore little resemblance to the patent specifications and to secure false priority chains at the United States Patent and Trademark Office ("PTO"), and to conceal prior art material to patentability;

1

- Cozy, Dr. Rajasingham, and former counsel's repeated misrepresentations to this Court with respect to counsel's involvement in the prosecution of Dr. Rajasingham/Cozy's patents, including their affirmative attempts to conceal this involvement;

- Cozy, Dr. Rajasingham, and Cozy former counsel's shifting infringement theories and serial non-compliant infringement contentions that ultimately resulted in the Court striking the opening report of Cozy's infringement expert;

- Cozy, Dr. Rajasingham, and Cozy former counsel's abuse of the discovery process, including the failure to preserve, collect, and produce relevant and responsive information, spoliation of relevant documents, and misrepresentations with respect to the foregoing; and

- Cozy, Dr. Rajasingham, and Cozy's former counsel's aggressive pursuit of litigation, against a backdrop of known fraud.

Dorel, therefore, should be awarded the full amount of the attorneys' fees and costs that it expended during this litigation as a sanction pursuant to 35 U.S.C. § 285, 28 U.S.C. §1927 and this Court's inherent authority given the severe and pervasive misconduct undertaken by Cozy, Dr. Rajasingham and Cozy former counsel at the PTO and before this Court.

**WHEREFORE,** for these reasons and those set forth more fully in the accompanying Memorandum of Law, Dorel requests that the Court enter an order granting this motion and:

a. sanctioning Cozy, Dr. Rajasingham, Mr. Ray and Mr. Adamo pursuant to 35 U.S.C. § 285;

b. sanctioning Cozy former counsel pursuant to 28 U.S.C. § 1927;

c. sanctioning Cozy, Dr. Rajasingham and Cozy former counsel pursuant to the Court's inherent authority; and

d. requiring Cozy, Dr. Rajasingham and Cozy former counsel, jointly and severally, to pay Dorel's reasonable attorneys' fees, costs and expenses incurred in defending this action and preparing and litigating this motion for sanctions; and

e. all other just and proper relief.

DOREL JUVENILE GROUP, INC.,

By its attorneys,

*/s/ Alison C. Casey*
Heather B. Repicky (BBO# 663347)
Alison C. Casey (BBO# 688253)
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
(617) 316-5322
hrepicky@btlaw.com
alison.casey@btlaw.com

Deborah Pollack-Milgate (*pro hac vice*)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 236-1313
dpollackmilgate@btlaw.com

Mark Nahnsen (*pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
(312) 214-4810
mnahnsen@btlaw.com

Roya Rahmanpour
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
(310) 284-3880
rrahmanpour@btlaw.com

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that Dorel's Motion for Sanctions was discussed among Dorel and Cozy former counsel during the May 2, 2024 Status Conference and Dorel understands that Cozy former counsel oppose the relief requested herein.

*/s/ Alison C. Casey*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as defined in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2024.

*/s/ Alison C. Casey*
